JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BARRON,<br><br>      Plaintiff,<br><br>    v.<br><br>NORTHLAND GROUP, INC.,<br><br>      Defendant. | Case No.: CV 15-9392-DMG (JPRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)) [22]** |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Catherine Barron and Defendant Northland Group, Inc., and good cause appearing therefor,

    This action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.   All scheduled dates and deadlines are VACATED.

    **IT IS SO ORDERED.**

DATED:  April 7, 2016

                                      _____
                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE